**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONALD J. ALLISON,

      Plaintiff(s),

v.

JUDGE JOHN GOODMAN, et al.,

      Defendant(s).

Case No. 2:21-cv-02256-GMN-NJK

**ORDER**

      Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1.  Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.  To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

      Accordingly, **IT IS ORDERED:**

      1.    Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2.      The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3.      Plaintiff must comply with this order no later than April 7, 2022.  Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: March 11, 2022

_____
Nancy J. Koppe
United States Magistrate Judge